The People of the State of New York, Respondent, 
against
Matthew Lewis, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Lyle E. Frank, J. at plea; Heidi C. Cesare, J. at sentencing), rendered May 19, 2016, convicting him, upon a plea of guilty, of criminal possession of stolen property in the fifth degree, and sentencing him to three years of probation.




Per Curiam.
Judgment of conviction (Lyle E. Frank, J. at plea; Heidi C. Cesare, J. at sentencing), rendered May 19, 2016, affirmed.
We are unpersuaded that the probationary sentence imposed was unduly harsh or severe, and find no extraordinary circumstances warranting a reduction of the sentence in the interest of justice (see People v Fair, 33 AD3d 558, 558 [2006], lv denied 8 NY3d 945 [2007]). Further, defendant was sentenced in accordance with his bargained for plea and should not now "be heard to complain that he received what he bargained for" (id. at 558, quoting People v Chambers, 123 AD2d 270, 270 [1986]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 15, 2017